IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.      CASE NO. 1:12cv156-RH/GRJ

DOE 1,

    Defendant.

_____/

## ORDER EXTENDING THE DEADLINE TO SERVE PROCESS

The plaintiff's second motion to extend the deadline to serve process, ECF No. 12, is GRANTED. The deadline is extended to December 13, 2012.

SO ORDERED on December 5, 2012.

    s/Robert L. Hinkle
    United States District Judge